# EXHIBIT A

## STATE OF TENNESSEE
## SUMMONS

### IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE

OMNIA PARTNERS, PUBLIC SECTOR, INC.

**Plaintiff**

**Plaintiff**

**vs.**

CANON SOLUTIONS AMERICA, INC.

**Defendant**

**Defendant**

**Defendant**

**CIVIL ACTION NO.** 25CV-54854-V

**Service By:**
□ Sheriff
□ Attorney
□ Sec. Of State
□ Comm. Of Insurance

**To the above named Defendant:**

**You are hereby summoned and required to serve upon** Phillip Young and Devin Majors **plaintiff's attorney, whose address is** 6100 TOWER CIRCLE, SUITE 200, FRANKLIN, TENNESSEE 37067 **_____, an answer to the complaint which is herewith served upon you within thirty (30) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.**

**Witnessed and issued, Jakob L. Schwendimann, Clerk and Master for said Court at office this** 18 **day of** July **, 20**25

Jacqueline Edwards

**Clerk & Master/Deputy**

DC

### NOTICE:

**To the defendant(s): Tennessee law provides a ten thousand dollar ($10,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the terms you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Mail list, including docket number, to: Clerk and Master, P.O.Box 1666, Franklin, TN 37065.**

Atty

## RETURN ON PERSONAL SERVICE OF SUMMONS

I hereby certify and return that I served this summons together with the complaint as follows:

Check *one*: (1) or (2) are for the return of an authorized officer or attorney; an attorney's return must be sworn to; (3) is for the witness who will acknowledge service and requires the witness's signature.

☐ 1.    I certify that on the date indicated below I served a copy of this summons on the witness stated above by _____

☐ 2.    I failed to serve a copy of this summons on the witness because _____

☐ 3.    I acknowledge being served with this summons on the date indicated below:

DATE OF SERVICE: _____

SIGNATURE OF WITNESS, OFFICER OR ATTORNEY: _____

ADDRESS OF PROCESS SERVER (TRCP 4.01) _____

Signature of Notary Public or Deputy Clerk: _____

Commission Expires: _____

---

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return that on the _____ day of _____, 20_____, I sent, postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in case no. _____ to the defendant _____, on the _____ day of _____, 20_____. I received the return receipt, which had been signed by _____ on the _____ day of _____, 20_____. The return receipt is attached to this original summons to be filed by the Chancery Court Clerk and Master.

_____    _____
Signature               Address (TRCP 4.01)

Sworn to and subscribed before me on this __ day of _____ 20____.

_____    Commission Expires: _____
Signature of Notary Public or Deputy Clerk

---

## CERTIFICATION (IF APPLICABLE)

I hereby certify this to be a true and correct copy of the original summons issued in this case.

*Jacqueline Edwards,*
CLERK & MASTER    DC

*[seal: THE CHANCERY COURT · WILLIAMSON CO. TN · SEAL]*

---

For ADA assistance, please call ADA coordinator: 615-790-5466

ELECTRONICALLY FILED
2025 Jul 18 11:45 AM - 25CV-54854
Williamson County, Clerk & Master

# IN THE CHANCERY COURT FOR WILLIAMSON COUNTY, TENNESSEE
## AT FRANKLIN

| | |
|---|---|
| OMNIA PARTNERS, PUBLIC SECTOR, INC., | ) ) ) |
|     **Plaintiff,** | ) ) ) |
| **v.** | ) ) ) |
| CANON SOLUTIONS AMERICA, INC. | ) ) ) |
|     **Defendant.** | ) ) ) |

Case No. _____

## COMPLAINT

Comes now Plaintiff Omnia Partners, Public Sector, Inc. ("Omnia"), by and through undersigned counsel, hereby files this Complaint against Defendant Canon Solutions America, Inc. ("Canon") and respectfully states as follows:

### PARTIES, JURISDICTION AND VENUE

1.    Plaintiff Omnia Partners, Public Sector, Inc. is a Delaware corporation, formerly named "National Intergovernmental Purchasing Alliance Company," registered to do business in the State of Tennessee. Its principal place of business is 5001 Aspen Grove Drive Suite 600, Franklin, TN 37067.

2.    Canon Solutions America, Inc. is a New York corporation, with its principal place of business located at One Canon Park, Melville, NY, United States, 11747. Its Registered Agent is Corporation Service Company, 80 State Street, Albany, NY, 12207-2543.

3.    Jurisdiction and Venue are proper in this Court, as the contractual agreements at issue specify that any action arising out of or related to them shall be commenced in a state or federal court in Williamson County, Tennessee, or Canon otherwise consents to the jurisdiction of the Tennessee courts.

1

## FACTUAL ALLEGATIONS

4.     Plaintiff Omnia Partners, Public Sector, Inc. acts as a contract administrator for various cooperative purchasing programs throughout the United States.

5.     Public agencies, through particular "Master Agreements," may purchase goods and services from contracted suppliers.

6.     In conjunction, Omnia and the supplier enter into an "Administration Agreement" that sets forth the supplier's obligations, including payment of an administrative fee on sales to agencies who utilize the Master Agreement. Omnia is contractually obligated to provide a certain percentage of all administrative fees to certain agencies with whom the Administration Agreement is associated.

7.     On or around September 27, 2018, Omnia entered into an Administration Agreement (the "First Agreement") wherein Omnia agreed to administer a master agreement awarded to Canon to supply certain products and supplies to participating public agencies under a master agreement with the County of DuPage, Illinois dated October 1, 2018. A true and correct copy of this contract is attached hereto as ("**Exhibit A**".)

8.     On or around April 3, 2019, Canon and Omnia entered into an Administration Agreement (the "Second Agreement") wherein Omnia agreed to administer a master agreement awarded to Canon to supply certain products and supplies to participating public agencies under a master agreement with the Region 4 Education Service Center dated March 1, 2018. A true and correct copy of this contract is attached hereto as ("**Exhibit B**".)

9.     On or around December 16, 2020, Canon and Omnia entered into an Administration Agreement (the "Third Agreement") wherein Omnia agreed to administer a master agreement awarded to Canon to supply certain products and supplies to participating public agencies under a

2

master agreement with the Regents of the University of California dated December 16, 2020. A true and correct copy of this contract is attached hereto as ("**Exhibit C**".). (Exhibits A, B, & C sometimes referred to herein collectively as the "Agreements" or the "Administration Agreements"; the master agreements with the County of DuPage, Illinois, the Region 4 Education Service Center, and the Regents of the University of California are referred to herein collectively as the "Master Agreements").

10.     Under each of these Agreements, Canon agreed to report contract sales and to pay Omnia an administrative fee of 2% based on a specified percentage of certain "Contract Sales" to eligible participants who ordered under the Master Agreements. See, e.g., Exhibit C, ¶¶ 11–14.

11.     Each of the Agreements also provides that Canon must comply with any reasonable request for information or data made by Omnia in conjunction with an independent audit of Canon's sales and their payment of administrative fees.

12.     The language of the Administration Agreements makes clear that administrative fees extend not only to Canon's sale of equipment ("goods") but also to various services, including managed print services and professional services.

13.     The Administration Agreements do not exclude any services from Contract Sales reporting or payment of administrative fees, but apply to all services sold under the applicable Master Agreements.

14.     Despite these provisions, Canon has refused to report or remit administrative fees for significant categories of services, thereby discounting or excluding them from the fee calculation.

15.     The result of Canon's actions is that they have paid administrative fees only on a portion of Contract Sales under the Master Agreements. This has resulted in a significant underpayment to Omnia of what it is owed pursuant to the Agreements.

16.     On April 14, 2025, Omnia exercised its right to audit the records of Canon and engaged LBMC, PC to conduct an independent audit to establish Canon's compliance with the payment and reporting obligations of the Administration Agreements.

17.     Between April 14, 2025 and June 12, 2025, despite the request made by Omnia and multiple follow-up requests, Canon failed to provide any records to LBMC or Omnia.

18.     On June 12, 2025, Omnia sent a Notice of Breach letter to Canon requesting that Canon provide all sales data Under the Master Agreements as required by the Administration Agreements to verify that appropriate administrative fees were being paid by July 15, 2025. A true and correct copy of this letter is attached hereto as ("**Exhibit D**".)

19.     As of the date of this Complaint, Canon has failed to provide the full range of requested documentation, in contravention of the obligations outlined in the Agreements.

20.     By failing to pay the administrative fees on all relevant goods and services, and by withholding materials essential for an audit, Canon has breached specific provisions set forth in the Agreements and continues to do so.

21.     As a direct and proximate result of Canon's conduct, Omnia has suffered and will continue to suffer damages in an amount to be determined at trial.

## COUNT I – INJUNCTIVE RELIEF

22.     Plaintiff hereby alleges and incorporates herein the allegations contained in the foregoing paragraphs.

4

23.     Canon's refusal to provide the required data, documentation, and sales records necessary for Omnia to perform or commission a complete audit constitutes a continuing and irreparable harm to Omnia's contractual rights and obligations.

24.     The Administration Agreements entitle Omnia to access detailed sales data for verification and compliance purposes for all sales under the Master Agreements; Canon's withholding of this data frustrates Omnia's core contractual rights, impedes Omnia's ability to ensure accurate fee payments and administer the Master Agreements, and may lead to additional lost revenues.

25.     Injunctive relief is warranted because Omnia has no adequate remedy at law that would afford immediate access to and review of the relevant data. Monetary damages alone cannot effectively remediate or prevent the continuing harm caused by Canon's failure to release the required records in a timely manner.

26.     Accordingly, Omnia respectfully requests that this Court enter an injunction compelling Canon to:

> (a) provide all data, documentation, and sales records relevant to the Agreements, including all "Contract Sales" under the Master Agreements for a complete audit,
> (b) refrain from withholding any additional information that is contractually due, and;
> (c) comply with all other contractual audit obligations set forth in the Agreements.

### COUNT II – DECLARATORY JUDGMENT REGARDING ADMINISTRATIVE FEES ON GOODS AND SERVICES.

27.     Plaintiff hereby alleges and incorporates herein the allegations contained in the foregoing paragraphs.

28.     An actual, justiciable controversy exists regarding the scope of sales subject to the administrative fee provision in the Agreements and whether the fees apply to both goods

(equipment, accessories, and software) and services (managed print services, professional services, and other service offerings).

29.     Omnia contends that the Administration Agreements unambiguously require administrative fees on all of Canon's contract sales, including services. Canon denies such an obligation as to certain categories of services.

30.     Pursuant to applicable law, Omnia requests that the Court declare the parties' respective rights and obligations under the Agreements, including a declaration that the Agreements require Canon to pay administrative fees on both goods and services on all "Contract Sales" under the Master Agreements.

31.     A judicial determination of the parties' rights and obligations under the Agreements will clarify the scope of Canon's fee payment obligations and obviate further uncertainty or future disputes.

## COUNT III – BREACH OF CONTRACT

32.     Plaintiff hereby alleges and incorporates herein the allegations contained in the foregoing paragraphs.

33.     The Agreements constitute valid and enforceable contracts supported by adequate consideration.

34.     Omnia has fully performed its obligations under the Agreements.

35.     Canon has breached the Agreements by, inter alia:

a.     Failing to pay Omnia the required administrative fees on all applicable services, as mandated by the operative language of the Agreements;

b.     Refusing, without justification, to comply with audit requirements and promptly furnish sales data and other records necessary for fee verification; and

6

> c. Failing to timely correct its noncompliance despite Omnia's demand for relief.

36.     As a direct and proximate result of Canon's breaches, Omnia has suffered substantial damages in an amount to be determined at trial, among other costs and losses.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAYS:

1.     That this Complaint be filed, and that proper process issue and be served upon the Defendant, requiring Defendant to answer within the time prescribed by law;

2.     That a judgment be entered in favor of the Plaintiff against Defendant;

3.     That the Court enter an injunction compelling Defendant to comply with the Agreements' provisions, including the requirement to provide sales data, documentation, and any other contractually required records for a complete audit;

4.     That the Court award Plaintiff all costs, expenses, and attorneys' fees as permitted by the Agreements or applicable law; and

5.     That the costs of this proceeding be taxed to the Defendant;

6.     That Plaintiff be awarded pre-judgment and post-judgment interest at the contractual rate of 1.5% per month, or alternatively at the highest rate allowed by law; and

7.     That the Court award Plaintiff such other relief as the Court may deem just and proper.

Dated: July 18, 2025

Respectfully submitted,

/s/ *Phillip G. Young*
**PHILLIP G. YOUNG, (No. 21087)**
**DEVIN A. MAJORS, (No. 41473)**
THOMPSON BURTON PLLC
6100 TOWER CIRCLE, SUITE 200
FRANKLIN, TENNESSEE. 37067
Telephone: (615) 465-6008
Facsimile: (615) 807-3048
phillip@thompsonburton.com
devin@thompsonburton.com

*Attorneys for Plaintiff*

# EXHIBIT A

DocuSign Envelope ID: 0C8566EA-A594-4356-315D-E00A1C0CC20A

# NATIONAL INTERGOVERNMENTAL PURCHASING ALLIANCE COMPANY
## ADMINISTRATION AGREEMENT

THIS ADMINISTRATION AGREEMENT (this "Agreement") is made this 27th day of September 20 18 , between National Intergovernmental Purchasing Alliance Company ("National IPA"), and Canon Solutions America, Inc. ("Supplier").

## RECITALS

WHEREAS, the County of DuPage, IL (the "Principal Procurement Agency") has entered into a Master Agreement dated __October 1, 2018__ , Agreement No FI-R-0251-18, by and between the Principal Procurement Agency and Supplier, (as may be amended from time to time in accordance with the terms thereof, the "Master Agreement"), as attached hereto as Exhibit A and incorporated herein by reference as though fully set forth herein, for the purchase of Multi-Function Copier Devices and Service Solutions (the "Product");

WHEREAS, said Master Agreement provides that any or all public agencies, including state and local governmental entities, public and private primary, secondary and higher education entities, non-profit entities, and agencies for the public benefit (collectively, "Public Agencies"), that register (either via registration on the National IPA website or execution of a Master Intergovernmental Cooperative Purchasing Agreement, attached hereto as Exhibit B) (each, hereinafter referred to as a "Participating Public Agency") may purchase Product at prices stated in the Master Agreement;

WHEREAS, Participating Public Agencies may access the Master Agreement which is offered through National IPA to Public Agencies;

WHEREAS, National IPA serves as the contract administrator of the Master Agreement on behalf of Principal Procurement Agency;

WHEREAS, Principal Procurement Agency desires National IPA to proceed with administration of the Master Agreement; and

WHEREAS, National IPA and Supplier desire to enter into this Agreement to make available the Master Agreement to Participating Public Agencies and to set forth certain terms and conditions governing the relationship between National IPA and Supplier.

NOW, THEREFORE, in consideration of the payments to be made hereunder and the mutual covenants contained in this Agreement, National IPA and Supplier hereby agree as follows:

## DEFINITIONS

1.     Capitalized terms used in this Agreement and not otherwise defined herein shall have the meanings given to them in the Master Agreement.

## TERMS AND CONDITIONS

2.     The Master Agreement and the terms and conditions contained therein shall apply to this Agreement except as expressly changed or modified by this Agreement. Supplier acknowledges and agrees that the covenants and agreements of Supplier set forth in the solicitation and Supplier's

2017 Template (02.22.2017)

DocuSign Envelope ID: CC8566EA-A594-4366-B15D-E00A1C0CC20A

response thereto resulting in the Master Agreement are incorporated herein and are an integral part hereof.

3.     National IPA shall be afforded all of the rights, privileges and indemnifications afforded to Principal Procurement Agency by or from Supplier under the Master Agreement, and such rights, privileges and indemnifications shall accrue and apply with equal effect to National IPA, its agents, employees, directors, and representatives under this Agreement including, but not limited to, Supplier's obligation to obtain appropriate insurance.

4.     National IPA shall perform all of its duties, responsibilities and obligations as contract administrator of the Master Agreement on behalf of Principal Procurement Agency as set forth herein, and Supplier hereby acknowledges and agrees that all duties, responsibilities and obligations will be undertaken by National IPA solely in its capacity as the contract administrator under the Master Agreement.

5.     With respect to any purchases by Principal Procurement Agency or any Participating Public Agency pursuant to the Master Agreement, National IPA shall not be: (i) construed as a dealer, re-marketer, representative, partner or agent of any type of the Supplier, Principal Procurement Agency or any Participating Public Agency; (ii) obligated, liable or responsible for any order for Product made by Principal Procurement Agency or any Participating Public Agency or any employee thereof under the Master Agreement or for any payment required to be made with respect to such order for Product; and (iii) obligated, liable or responsible for any failure by Principal Procurement Agency or any Participating Public Agency to comply with procedures or requirements of applicable law or the Master Agreement or to obtain the due authorization and approval necessary to purchase under the Master Agreement. National IPA makes no representation or guaranty with respect to any minimum purchases by Principal Procurement Agency or any Participating Public Agency or any employee thereof under this Agreement or the Master Agreement.

6.     National IPA shall not be responsible for Supplier's performance under the Master Agreement, and Supplier shall hold National IPA harmless from any liability that may arise from the acts or omissions of Supplier in connection with the Master Agreement.

7.     WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, NATIONAL IPA EXPRESSLY DISCLAIMS ALL EXPRESS OR IMPLIED REPRESENTATIONS AND WARRANTIES REGARDING NATIONAL IPA'S PERFORMANCE AS A CONTRACT ADMINISTRATOR OF THE MASTER AGREEMENT. NEITHER PARTY SHALL BE LIABLE IN ANY WAY FOR ANY SPECIAL, INCIDENTAL, INDIRECT, CONSEQUENTIAL, EXEMPLARY, PUNITIVE, OR RELIANCE DAMAGES, EVEN IF SUCH PARTY IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

## TERM OF AGREEMENT; TERMINATION

8.     This Agreement shall be in effect so long as the Master Agreement remains in effect, provided, however, that the provisions of Sections 3 – 8 and 14 – 23, hereof and the indemnifications afforded by the Supplier to National IPA in the Master Agreement, to the extent such provisions survive any expiration or termination of the Master Agreement, shall survive the expiration or termination of this Agreement.

9.     Supplier's failure to maintain its covenants and commitments contained in this Agreement or any action of the Supplier which gives rise to a right by Principal Procurement Agency to terminate the Master Agreement shall constitute a material breach of this Agreement and if not 2017 Template (02.22.2017)

cured within thirty (30) days of written notice to Supplier shall be deemed a cause for termination of this Agreement at National IPA's sole discretion. Notwithstanding anything contained herein to the contrary, this Agreement shall terminate on the date of the termination or expiration of the Master Agreement.

## NATIONAL PROMOTION

10.     National IPA and Supplier shall publicize and promote the availability of the Master Agreement's products and services to Public Agencies and such agencies' employees. Supplier shall require each Public Agency to register its participation in the National IPA program by either registering on the National IPA website, www.nationalipa.org, or executing a Master Intergovernmental Cooperative Purchasing Agreement prior to processing the Participating Public Agency's first sales order. Upon request, Supplier shall make available to interested Public Agencies a copy of the Master Agreement and such price lists or quotes as may be necessary for such Public Agencies to evaluate potential purchases.

11.     Supplier shall provide such marketing and administrative support as set forth in the solicitation resulting in the Master Agreement, including assisting in development of marketing materials as reasonably requested by Principal Procurement Agency and National IPA. Supplier shall be responsible for obtaining permission or license of use and payment of any license fees for all content and images Supplier provides to National IPA or posts on the National IPA website. Supplier shall indemnify, defend and hold harmless National IPA for use of all such content and images including copyright infringement claims. Supplier and National IPA each hereby grant to the other party a limited, revocable, non-transferable, non-sublicensable right to use such party's logo (each, the "Logo") solely for use in marketing the Master Agreement. Each party shall provide the other party with the standard terms of use of such party's Logo, and such party shall comply with such terms in all material respects. Both parties shall obtain approval from the other party prior to use of such party's Logo. Notwithstanding the foregoing, the parties understand and agree that except as provided herein neither party shall have any right, title or interest in the other party's Logo. Upon termination of this Agreement, each party shall immediately cease use of the other party's Logo.

## ADMINISTRATIVE FEE, REPORTING & PAYMENT

12.     An "Administrative Fee" shall be defined and due to National IPA from Supplier in the amount of two percent ($2\%$) ("Administrative Fee Percentage") multiplied by the total purchase for products and services by Principal Procurement Agency and Participating Public Agencies pursuant to the Master Agreement (as amended from time to time and including any renewal thereof) ("Contract Sales") and subject to the following:

a.     Contract Sales amounts shall exclude refunds, credits on returns, rebates and discounts.
b.     To the extent the Supplier offers trade-in allowance programs, Contract Sales shall be calculated using the net purchase price after the trade-in allowance.
c.     To the extent the Supplier offers leasing or financing programs itself or through a financing entity, Contract Sales shall be calculated using the sales amount (the purchase equivalent) billed to a financing entity.
d.     To the extent the Supplier offers services (being Managed Print Services and professional services only), Contract Sales shall be calculated using the monthly billed amount and shall be paid in arrears.

2017 Template (02.22.2017)

From time to time the parties may mutually agree in writing to a lower Administrative Fee Percentage for a specifically identified Principal Procurement Agency and Participating Public Agencies Contract Sales.

13.     Supplier shall provide National IPA with an electronic accounting report monthly, in the format prescribed by National IPA, summarizing all Contract Sales for each calendar month. The Contract Sales reporting format is provided as Exhibit C ("Contract Sales Report"), attached hereto and incorporated herein by reference. Contract Sales Reports for each calendar month shall be provided by Supplier to National IPA by the 10th day of the following month. Failure to provide a Contract Sales Report within the time and manner specified herein shall constitute a material breach of this Agreement and if not cured within thirty (30) days of written notice to Supplier shall be deemed a cause for termination of the Master Agreement, at Principal Procurement Agency's sole discretion, and/or this Agreement, at National IPA's sole discretion.

14. Administrative Fee payments are to be paid by Supplier to National IPA at the frequency and on the due date stated in Section 13. above, for Supplier's submission of corresponding Contract Sales Reports. Administrative Fee payments are to be made via Automated Clearing House (ACH) to the National IPA designated financial institution identified in Exhibit D.     Failure to provide a payment of the Administrative Fee within the time and manner specified herein shall constitute a material breach of this Agreement and if not cured within thirty (30) days of written notice to Supplier shall be deemed a cause for termination of the Master Agreement, at Principal Procurement Agency's sole discretion, and/or this Agreement, at National IPA's sole discretion. All Administrative Fees not paid when due shall bear interest at a rate equal to the lesser of one and one-half percent (1 1/2%) per month or the maximum rate permitted by law until paid in full.

15.     Supplier shall maintain an accounting of all purchases made by Participating Public Agencies under the Master Agreement. National IPA, or its designee, in National IPA's sole discretion, reserves the right to compare Participating Public Agency records with Contract Sales Reports submitted by Supplier for a period of four (4) years from the date National IPA receives such report. In addition, National IPA may engage a third party to conduct an independent audit of Supplier's monthly reports. In the event of such an audit, Supplier shall provide all materials reasonably requested relating to such audit by National IPA at the location designated by National IPA. In the event an underreporting of Contract Sales and a resulting underpayment of Administrative Fees is revealed, National IPA will notify the Supplier in writing. Supplier will have thirty (30) days from the date of such notice to resolve the discrepancy to National IPA's reasonable satisfaction, including payment of any Administrative Fees due and owing, together with interest thereon in accordance with Section 13, and reimbursement of National IPA's costs and expenses related to such audit to the extent that the audit reveals an underpayment by 5% in the period audited.

## GENERAL PROVISIONS

16.     This Agreement, the Master Agreement and the exhibits referenced herein supersede any and all other agreements, either oral or in writing, between the parties hereto with respect to the subject matter hereto and no other agreement, statement, or promise relating to the subject matter of this Agreement which is not contained or incorporated herein shall be valid or binding. In the event of any conflict between the provisions of this Agreement and the Master Agreement, as between National IPA and Supplier, the provisions of this Agreement shall prevail.

17.     If any action at law or in equity is brought to enforce or interpret the provisions of this Agreement or to recover any Administrative Fee and accrued interest, the prevailing party shall be 2017 Template (02.22.2017)

entitled to reasonable attorney's fees and costs in addition to any other relief to which it may be entitled.

18.     This Agreement and National IPA's rights and obligations hereunder may be assigned upon written notice to Supplier at National IPA's sole discretion to an affiliate of National IPA, any purchaser of any or all or substantially all of the assets of National IPA, or the successor entity as a result of a merger, reorganization, consolidation, conversion or change of control, whether by operation of law or otherwise, provided the assignee is not a competitor of Supplier, otherwise such assignment will be subject to the prior written consent of Supplier.  Supplier may not assign its obligations hereunder without the prior written consent of National IPA. Consent required hereunder shall not be unreasonably withheld, conditioned or delayed.

19.     All written communications given hereunder shall be delivered by first-class mail, postage prepaid, or overnight delivery on receipt to the addresses as set forth below.

A. National Intergovernmental Purchasing Alliance Company

     National IPA
     Attn: President
     840 Crescent Centre Drive
     Suite 600
     Franklin, TN 37067

B. Supplier

     Canon Solutions America, Inc.
     Attn: Peter Kowalczuk, President
     One Canon Park
     Melville, NY 11747

20.     If any provision of this Agreement shall be deemed to be, or shall in fact be, illegal, inoperative or unenforceable, the same shall not affect any other provision or provisions herein contained or render the same invalid, inoperative or unenforceable to any extent whatever, and this Agreement will be construed by limiting or invalidating such provision to the minimum extent necessary to make such provision valid, legal and enforceable.

21.     This Agreement may not be amended, changed, modified, or altered without the prior written consent of the parties hereto, and no provision of this Agreement may be discharged or waived, except by a writing signed by the parties.  A waiver of any particular provision will not be deemed a waiver of any other provision, nor will a waiver given on one occasion be deemed to apply to any other occasion.

22.     This Agreement shall inure to the benefit of and shall be binding upon National IPA, the Supplier and any respective successor and assign thereto; subject, however, to the limitations contained herein.

23.     This Agreement will be construed under and governed by the laws of the State of Delaware, excluding its conflicts of law provisions and any action arising out of or related to this Agreement shall be commenced solely and exclusively in the state or federal courts in Williamson County Tennessee.

2017 Template (02.22.2017)

DocuSign Envelope ID: 0C8566EA-A594-4366-B15D-E00A1C0CC20A
DocuSign Envelope ID: 0C8566EA-A594-4366-B15D-E00A1C0CC20A

24.     This Agreement may be executed in counterparts, each of which is an original but all of which, together, shall constitute but one and the same instrument. The exchange of copies of this Agreement and of signature pages by facsimile, or by .pdf or similar electronic transmission, will constitute effective execution and delivery of this Agreement as to the parties and may be used in lieu of the original Agreement for all purposes. Signatures of the parties transmitted by facsimile, or by .pdf or similar electronic transmission, will be deemed to be their original signatures for any purpose whatsoever.

Authorized Signature, Supplier

_Clerk B. C_
Signature

_CHARLES BENSCOT_
Name

_SUP Finance_
Title

_9/27/18_
Date



NATIONAL INTERGOVERNMENTAL
PURCHASING ALLIANCE COMPANY

DocuSigned by:
_Sarah Vavra_
Signature

Sarah Vavra
Name

Vice President Contracting – Public
Sector
Title

9/28/2018 4:11:28 PM CDT
Date

2017 Template (02.22.2017)

DocuSign Envelope ID: 0C8566EA-A594-4366-B15D-E00A1C0CC20A

# NATIONAL INTERGOVERNMENTAL PURCHASING ALLIANCE COMPANY
## ADMINISTRATION AGREEMENT

### Exhibit A

### Master Agreement

The Master Agreement, by and between the Principal Procurement Agency and the Supplier, is incorporated herein by reference as though fully set forth herein.

DocuSign Envelope ID: 0C8566EA-A594-4366-B15D-E00A1C0CC20A

# NATIONAL INTERGOVERNMENTAL PURCHASING ALLIANCE COMPANY
# ADMINISTRATION AGREEMENT

## Exhibit B

### MASTER INTERGOVERNMENTAL COOPERATIVE PURCHASING AGREEMENT

This Master Intergovernmental Cooperative Purchasing Agreement (this "**Agreement**") is entered into by and between those certain government agencies that execute a Principal Procurement Agency Certificate ("**Principal Procurement Agencies**") with National Intergovernmental Purchasing Alliance Company ("**National IPA**") to be appended and made a part hereof and such other public agencies ("**Participating Public Agencies**") who register to participate in the cooperative purchasing programs administered by National IPA and its affiliates and subsidiaries (collectively, the "**National IPA Parties**") by either registering on a National IPA Party website (such as www.nationalipa.org), or by executing a copy of this Agreement.

### RECITALS

**WHEREAS**, after a competitive solicitation and selection process by Principal Procurement Agencies, a number of suppliers have entered into "**Master Agreements**" (herein so called) to provide a variety of goods, products and services ("**Products**") to the applicable Principal Procurement Agency and the Participating Public Agencies:

**WHEREAS**, Master Agreements are made available by Principal Procurement Agencies through the National IPA Parties and provide that Participating Public Agencies may purchase Products on the same terms, conditions and pricing as the Principal Procurement Agency, subject to any applicable federal and/or local purchasing ordinances and the laws of the State of purchase; and

**WHEREAS**, in addition to Master Agreements, the National IPA Parties may from time to time offer Participating Public Agencies the opportunity to acquire Products through other group purchasing agreements.

**NOW, THEREFORE**, in consideration of the mutual promises contained in this Agreement, and of the mutual benefits to result, the parties hereby agree as follows:

1.  Each party will facilitate the cooperative procurement of Products.

2.  The Participating Public Agencies shall procure Products in accordance with and subject to the relevant federal, state and local statutes, ordinances, rules and regulations that govern Participating Public Agency's procurement practices. The Participating Public Agencies hereby acknowledge and agree that it is the intent of the parties that all provisions of this Agreement and that Principal Procurement Agencies' participation in the program described herein comply with all applicable laws, including but not limited to the requirements of 42 C.F.R. § 1001.952(h), as may be amended from time to time. The Participating Public Agencies further acknowledge and agree that they are solely responsible for their compliance with all applicable "safe harbor" regulations, including but not limited to any and all obligations to fully and accurately report discounts and incentives.

3.  The Participating Public Agency represents and warrants that the Participating Public Agency is not a hospital and is not purchasing Products on behalf of a hospital.

4.  The cooperative use of Master Agreements shall be in accordance with the terms and conditions of the Master Agreements, except as modification of those terms and conditions is otherwise required by applicable federal, state or local law.

5.  The Principal Procurement Agencies will make available, upon reasonable request, Master Agreement

# NATIONAL INTERGOVERNMENTAL PURCHASING ALLIANCE COMPANY
## ADMINISTRATION AGREEMENT

### Exhibit B, continued

information which may assist in improving the procurement of Products by the Participating Public Agencies.

6. The Participating Public Agency agrees the National IPA Parties may provide access to group purchasing organization ("**GPO**") agreements directly or indirectly by enrolling the Participating Public Agency in another GPO's purchasing program, including but not limited to Vizient Source, LLC, Provista, Inc. and other National IPA affiliates and subsidiaries; provided the purchase of Products through a National IPA Party or any other GPO shall be at the Participating Public Agency's sole discretion.

7. The Participating Public Agencies (each a "**Procuring Party**") that procure Products through any Master Agreement or GPO Product supply agreement (each a "**GPO Contract**") will make timely payments to the distributor, manufacturer or other vendor (collectively, "**Supplier**") for Products received in accordance with the terms and conditions of the Master Agreement or GPO Contract, as applicable. Payment for Products and inspections and acceptance of Products ordered by the Procuring Party shall be the exclusive obligation of such Procuring Party. Disputes between Procuring Party and any Supplier shall be resolved in accordance with the law and venue rules of the State of purchase unless otherwise agreed to by the Procuring Party and Supplier.

8. The Procuring Party shall not use this Agreement as a method for obtaining additional concessions or reduced prices for similar products or services.

9. The Procuring Party shall be responsible for the ordering of Products under this Agreement. A non-procuring party shall not be liable in any fashion for any violation by a Procuring Party. and, to the extent permitted by applicable law, the Procuring Party shall hold non-procuring party harmless from any liability that may arise from the acts or omissions of the Procuring Party.

10. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, THE NATIONAL IPA PARTIES EXPRESSLY DISCLAIM ALL EXPRESS OR IMPLIED REPRESENTATIONS AND WARRANTIES REGARDING ANY PRODUCT, MASTER AGREEMENT AND GPO CONTRACT. THE NATIONAL IPA PARTIES SHALL NOT BE LIABLE IN ANY WAY FOR ANY SPECIAL, INCIDENTAL, INDIRECT, CONSEQUENTIAL, EXEMPLARY, PUNITIVE, OR RELIANCE DAMAGES, EVEN IF THE NATIONAL IPA PARTIES ARE ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. FURTHER, THE PROCURING PARTY ACKNOWLEDGES AND AGREES THAT THE NATIONAL IPA PARTIES SHALL HAVE NO LIABILITY FOR ANY ACT OR OMISSION BY A SUPPLIER OR OTHER PARTY UNDER A MASTER AGREEMENT OR GPO CONTRACT.

11. This Agreement shall remain in effect until termination by a party giving thirty (30) days' written notice to the other party. The provisions of Paragraphs 6 - 10 hereof shall survive any such termination.

This Agreement shall take effect upon (i) execution of the Principal Procurement Agency Certificate, or (ii) the registration on a National IPA Party website or the execution of this Agreement by a Participating Public Agency, as applicable.

2017 Template (02.22.2017)

DocuSign Envelope ID: CC8566EA-A564-4366-B15D-E00A1C0CC20A

# NATIONAL INTERGOVERNMENTAL PURCHASING ALLIANCE COMPANY
## ADMINISTRATION AGREEMENT

### Exhibit C

Contract Sales Report

The following Contract Sales Report is to be submitted in Microsoft Excel:

**National IPA Contract Sales Monthly Report**

Supplier Name:
Contract Sales Report Month:
Contract ID:

| Participating Agency Name | Address | City | State | Zip Code | Participating Agency # (Assigned by National IPA and provided to Supplier) | Transaction Date (Date of Sale) | Contract Sales for Month ($) | Admin Fee % | Admin Fee $ |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Report Totals
Cumulative Contract Sales

# NATIONAL INTERGOVERNMENTAL PURCHASING ALLIANCE COMPANY
## ADMINISTRATION AGREEMENT

### Exhibit D

### ACH Payment Information

**Payee Information:**

National IPA
840 Crescent Centre Drive
Suite 600
Franklin, TN 37067

(866) 408-3077

**Financial Institution Information:**

ACH Information For: National IPA
Bank Name: ███████████
ACH Routing Transit Number: ████████
Account Number: ███████████



# DuPage County Procurement Services Division

421 North County Farm Road, Room 3-400
· Wheaton, Illinois 60187-3978

Phone: (630) 407-6184 Fax: (630) 407-6201
Email: dthompson@dupageco.org

## NOTICE OF AWARD

August 28, 2018

Canon Solutions America, Inc.
Ms. Stacey Andersson
425 North Martingale Road, Suite 1400
Schaumburg, IL 60173

**SUBJECT:** BID #18-020-DT, MULTI-FUNCTION COPIER DEVICES
AND SERVICE SOLUTIONS

Dear Ms. Andersson,

The County has considered the Proposal submitted by you for the above-described project in response to its Request for Proposal dated January 17, 2018.

You are hereby notified that your RFP was accepted by the DuPage County Board at their meeting of August 14, 2018.

As stated in the Bid, you are required to execute and return the attached Notice of Award, Agreement with original signatures, furnish a Certificate of Insurance and Policy Endorsement and completed Attachment A - HIPPA Confidentiality Agreement (attached) as soon as possible.

Sincerely,

*Debby Thompson*
Debby Thompson, CPPB
DuPage County Buyer

## ACCEPTANCE OF NOTICE

Receipt of the above NOTICE OF AWARD is hereby acknowledged by:

Canon Solutions America, Inc.

_____
(Name of Firm)

this _27_ day of _September_, 2018.

By: _____

Title: _SVP Finance_

# EXHIBIT B

DocuSign Envelope ID: 33343C78-0EA3-4D89-93C0-C22440F674BA

# NATIONAL INTERGOVERNMENTAL PURCHASING ALLIANCE COMPANY
## ADMINISTRATION AGREEMENT

THIS ADMINISTRATION AGREEMENT (this "Agreement") is made this _3_ day of _April_ 2019, between National Intergovernmental Purchasing Alliance Company, a Delaware corporation d/b/a OMNIA Partners, Public Sector ("OMNIA Partners, Public Sector"), and Canon Solutions America, inc. ("Supplier").

## RECITALS

**WHEREAS**, the Region 4 Education Service Center (the "Principal Procurement Agency") has entered into a Master Agreement effective March 1, 2018, Agreement No. R171401, by and between the Principal Procurement Agency and Supplier, (as may be amended from time to time in accordance with the terms thereof, the "Master Agreement"), as attached hereto as <u>Exhibit A</u> and incorporated herein by reference as though fully set forth herein, for the purchase of Managed Print Solutions (the "Product");

**WHEREAS**, said Master Agreement provides that any or all public agencies, including state and local governmental entities, public and private primary, secondary and higher education entities, non-profit entities, and agencies for the public benefit (collectively, "Public Agencies"), that register (either via registration on the OMNIA Partners, Public Sector website or execution of a Master Intergovernmental Cooperative Purchasing Agreement, attached hereto as <u>Exhibit B</u>) (each, hereinafter referred to as a "Participating Public Agency") may purchase Product at prices stated in the Master Agreement;

**WHEREAS**, Participating Public Agencies may access the Master Agreement which is offered through OMNIA Partners, Public Sector to Public Agencies;

**WHEREAS**, OMNIA Partners, Public Sector serves as the contract administrator of the Master Agreement on behalf of Principal Procurement Agency;

**WHEREAS**, Principal Procurement Agency desires OMNIA Partners, Public Sector to proceed with administration of the Master Agreement; and

**WHEREAS**, OMNIA Partners, Public Sector and Supplier desire to enter into this Agreement to make available the Master Agreement to Participating Public Agencies and to set forth certain terms and conditions governing the relationship between OMNIA Partners, Public Sector and Supplier.

**NOW, THEREFORE**, in consideration of the payments to be made hereunder and the mutual covenants contained in this Agreement, OMNIA Partners, Public Sector and Supplier hereby agree as follows:

## DEFINITIONS

1. Capitalized terms used in this Agreement and not otherwise defined herein shall have the meanings given to them in the Master Agreement.

2019 Template/CD

## TERMS AND CONDITIONS

2.     The Master Agreement and the terms and conditions contained therein shall apply to this Agreement except as expressly changed or modified by this Agreement. Supplier acknowledges and agrees that the covenants and agreements of Supplier set forth in the solicitation and Supplier's response thereto resulting in the Master Agreement are incorporated herein and are an integral part hereof.

3.     OMNIA Partners, Public Sector shall be afforded all of the rights, privileges and indemnifications afforded to Principal Procurement Agency by or from Supplier under the Master Agreement, and such rights, privileges and indemnifications shall accrue and apply with equal effect to OMNIA Partners, Public Sector, its agents, employees, directors, and representatives under this Agreement including, but not limited to, Supplier's obligation to obtain appropriate insurance.

4.     OMNIA Partners, Public Sector shall perform all of its duties, responsibilities and obligations as contract administrator of the Master Agreement on behalf of Principal Procurement Agency as set forth herein, and Supplier hereby acknowledges and agrees that all duties, responsibilities and obligations will be undertaken by OMNIA Partners, Public Sector solely in its capacity as the contract administrator under the Master Agreement.

5.     With respect to any purchases by Principal Procurement Agency or any Participating Public Agency pursuant to the Master Agreement, OMNIA Partners, Public Sector shall not be:  (i) construed as a dealer, re-marketer, representative, partner or agent of any type of the Supplier, Principal Procurement Agency or any Participating Public Agency; (ii) obligated, liable or responsible for any order for Product made by Principal Procurement Agency or any Participating Public Agency or any employee thereof under the Master Agreement or for any payment required to be made with respect to such order for Product; and (iii) obligated, liable or responsible for any failure by Principal Procurement Agency or any Participating Public Agency to comply with procedures or requirements of applicable law or the Master Agreement or to obtain the due authorization and approval necessary to purchase under the Master Agreement. OMNIA Partners, Public Sector makes no representation or guaranty with respect to any minimum purchases by Principal Procurement Agency or any Participating Public Agency or any employee thereof under this Agreement or the Master Agreement.

6.     OMNIA Partners, Public Sector shall not be responsible for Supplier's performance under the Master Agreement, and Supplier shall hold OMNIA Partners, Public Sector harmless from any liability that may arise from the acts or omissions of Supplier in connection with the Master Agreement.

7.     WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, OMNIA PARTNERS, PUBLIC SECTOR EXPRESSLY DISCLAIMS ALL EXPRESS OR IMPLIED REPRESENTATIONS AND WARRANTIES REGARDING OMNIA PARTNERS, PUBLIC SECTOR'S PERFORMANCE AS A CONTRACT ADMINISTRATOR OF THE MASTER AGREEMENT. NEITHER PARTY SHALL BE LIABLE IN ANY WAY FOR ANY SPECIAL, INCIDENTAL, INDIRECT, CONSEQUENTIAL, EXEMPLARY, PUNITIVE, OR RELIANCE DAMAGES, EVEN IF SUCH PARTY IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

2019 Template/CD

## TERM OF AGREEMENT; TERMINATION

8. This Agreement shall be in effect so long as the Master Agreement remains in effect, provided, however, that the provisions of Sections 3 – 8 and 14 – 23, hereof and the indemnifications afforded by the Supplier to OMNIA Partners, Public Sector in the Master Agreement, to the extent such provisions survive any expiration or termination of the Master Agreement, shall survive the expiration or termination of this Agreement.

9. Supplier's failure to maintain its covenants and commitments contained in this Agreement or any action of the Supplier which gives rise to a right by Principal Procurement Agency to terminate the Master Agreement shall constitute a material breach of this Agreement and if not cured within thirty (30) days of written notice to Supplier shall be deemed a cause for termination of this Agreement at OMNIA Partners, Public Sector's sole discretion. Notwithstanding anything contained herein to the contrary, this Agreement shall terminate on the date of the termination or expiration of the Master Agreement.

## NATIONAL PROMOTION

10. OMNIA Partners, Public Sector and Supplier shall publicize and promote the availability of the Master Agreement's products and services to Public Agencies and such agencies' employees. Supplier shall require each Public Agency to register its participation in the OMNIA Partners, Public Sector program by either registering on the OMNIA Partners, Public Sector website, www.omniapartners.com, or executing a Master Intergovernmental Cooperative Purchasing Agreement prior to processing the Participating Public Agency's first sales order. Upon request, Supplier shall make available to interested Public Agencies a copy of the Master Agreement and such price lists or quotes as may be necessary for such Public Agencies to evaluate potential purchases.

11. Supplier shall provide such marketing and administrative support as set forth in the solicitation resulting in the Master Agreement, including assisting in development of marketing materials as reasonably requested by Principal Procurement Agency and OMNIA Partners, Public Sector. Supplier shall be responsible for obtaining permission or license of use and payment of any license fees for all content and images Supplier provides to OMNIA Partners, Public Sector or posts on the OMNIA Partners, Public Sector website. Supplier shall indemnify, defend and hold harmless OMNIA Partners, Public Sector for use of all such content and images including copyright infringement claims. Supplier and OMNIA Partners, Public Sector each hereby grant to the other party a limited, revocable, non-transferable, non-sublicensable right to use such party's logo (each, the "Logo") solely for use in marketing the Master Agreement. Each party shall provide the other party with the standard terms of use of such party's Logo, and such party shall comply with such terms in all material respects. Both parties shall obtain approval from the other party prior to use of such party's Logo. Notwithstanding the foregoing, the parties understand and agree that except as provided herein neither party shall have any right, title or interest in the other party's Logo. Upon termination of this Agreement, each party shall immediately cease use of the other party's Logo.

## ADMINISTRATIVE FEE, REPORTING & PAYMENT

12. An "Administrative Fee" shall be defined and due to OMNIA Partners, Public Sector from Supplier in the amount of two percent (2.0%) ("Administrative Fee Percentage") multiplied by the total purchase for products and services by Principal Procurement Agency and Participating Public Agencies pursuant to the Master Agreement (as amended from time to time and including any renewal thereof) ("Contract Sales") and subject to the following:

2019 Template/CD

DocuSign Envelope ID: 33343C78-CEA3-4D89-93C0-C22443F674BA

a. Contract sales amounts shall exclude refunds, credits on returns, rebates and discounts.

b. To the extent the Supplier offers trade-in allowance programs, Contract Sales shall be calculated using the net purchase price after the trade-in allowance.

c. To the extent the Supplier offers leasing or financing programs itself or through a financing entity, Contract Sales shall be calculated using the sales amount (the purchase equivalent) billed to a financing entity.

d. To the extent the Supplier offers services (being Managed Print Services and professional services only), Contract Sales shall be calculated using the monthly billed amount and shall be paid in arrears.

From time to time the parties may mutually agree in writing to a lower Administrative Fee Percentage for a specifically identified Principal Procurement Agency and Participating Public Agencies' Contract Sales.

13. Supplier shall provide OMNIA Partners, Public Sector with an electronic accounting report monthly, in the format prescribed by OMNIA Partners, Public Sector, summarizing all Contract Sales for each calendar month. The Contract Sales reporting format is provided as Exhibit C ("Contract Sales Report"), attached hereto and incorporated herein by reference. Contract Sales Reports for each calendar month shall be provided by Supplier to OMNIA Partners, Public Sector by the 10th day of the following month. Failure to provide a Contract Sales Report within the time and manner specified herein shall constitute a material breach of this Agreement and if not cured within thirty (30) days of written notice to Supplier shall be deemed a cause for termination of the Master Agreement, at Principal Procurement Agency's sole discretion, and/or this Agreement, at OMNIA Partners, Public Sector's sole discretion.

14. Administrative Fee payments are to be paid by Supplier to OMNIA Partners, Public Sector at the frequency and on the due date stated in Section 13, above, for Supplier's submission of corresponding Contract Sales Reports. Administrative Fee payments are to be made via Automated Clearing House (ACH) to the OMNIA Partners, Public Sector designated financial institution identified in Exhibit D. Failure to provide a payment of the Administrative Fee within the time and manner specified herein shall constitute a material breach of this Agreement and if not cured within thirty (30) days of written notice to Supplier shall be deemed a cause for termination of the Master Agreement, at Principal Procurement Agency's sole discretion, and/or this Agreement, at OMNIA Partners, Public Sector's sole discretion. All Administrative Fees not paid when due shall bear interest at a rate equal to the lesser of one and one-half percent (1.5%) per month or the maximum rate permitted by law until paid in full.

15. Supplier shall maintain an accounting of all purchases made by Participating Public Agencies under the Master Agreement. OMNIA Partners, Public Sector, or its designee, in OMNIA Partners, Public Sector's sole discretion, reserves the right to compare Participating Public Agency records with Contract Sales Reports submitted by Supplier for a period of four (4) years from the date OMNIA Partners, Public Sector receives such report. In addition, OMNIA Partners, Public Sector may engage a third party to conduct an independent audit of Supplier's monthly reports. In the event of such an audit, Supplier shall provide all materials reasonably requested relating to such audit by OMNIA Partners, Public Sector at the location designated by OMNIA Partners, Public Sector. In the event an underreporting of Contract Sales and a resulting underpayment of Administrative Fees is revealed, OMNIA Partners, Public Sector will notify the Supplier in writing. Supplier will have thirty (30) days from the date of such notice to resolve the discrepancy to OMNIA Partners, Public Sector's reasonable satisfaction, including payment of any Administrative Fees due and owing, together with interest thereon in accordance with Section 13, and reimbursement of OMNIA Partners, Public

2019 Template/CD

Sector's costs and expenses related to such audit to the extent that the audit reveals an underpayment by 5% in the period audited.

## GENERAL PROVISIONS

16.     This Agreement, the Master Agreement and the exhibits referenced herein supersede any and all other agreements, either oral or in writing, between the parties hereto with respect to the subject matter hereto and no other agreement, statement, or promise relating to the subject matter of this Agreement which is not contained or incorporated herein shall be valid or binding. In the event of any conflict between the provisions of this Agreement and the Master Agreement, as between OMNIA Partners, Public Sector and Supplier, the provisions of this Agreement shall prevail.

17.     If any action at law or in equity is brought to enforce or interpret the provisions of this Agreement or to recover any Administrative Fee and accrued interest, the prevailing party shall be entitled to reasonable attorney's fees and costs in addition to any other relief to which it may be entitled.

18.     This Agreement and OMNIA Partners, Public Sector's rights and obligations hereunder may be assigned upon written notice to Supplier at OMNIA Partners, Public Sector's sole discretion to an affiliate of OMNIA Partners, Public Sector, any purchaser of any or all or substantially all of the assets of OMNIA Partners, Public Sector, or the successor entity as a result of a merger, reorganization, consolidation, conversion or change of control, whether by operation of law or otherwise, provided the assignee is not a competitor of Supplier, otherwise such assignment will be subject to the prior written consent of Supplier. Supplier may not assign its obligations hereunder without the prior written consent of OMNIA Partners, Public Sector. Consent required hereunder shall not be unreasonably withheld, conditioned or delayed.

19.     All written communications given hereunder shall be delivered by first-class mail, postage prepaid, or overnight delivery on receipt to the addresses as set forth below.

A. OMNIA Partners, Public Sector
        OMNIA Partners, Public Sector
        Attn: President
        840 Crescent Centre Drive
        Suite 600
        Franklin, TN 37067

B. Supplier
        Canon Solutions America, Inc.
        Attn: Peter Kowalczuk, President
        One Canon Park
        Melville, NY 11747

        With a copy of any notice of default or request for indemnification to:
        Canon Solutions America, Inc.
        One Canon Park
        Melville, NY 11747
        Attn: Legal Division

20      If any provision of this Agreement shall be deemed to be, or shall in fact be, illegal, inoperative or unenforceable, the same shall not affect any other provision or provisions herein 2019 Template/CD

DocuSign Envelope ID 33343C78-0EA3-4D89-93C0-C22440F674BA

contained or render the same invalid, inoperative or unenforceable to any extent whatever, and this Agreement will be construed by limiting or invalidating such provision to the minimum extent necessary to make such provision valid, legal and enforceable.

21.     This Agreement may not be amended, changed, modified, or altered without the prior written consent of the parties hereto, and no provision of this Agreement may be discharged or waived, except by a writing signed by the parties. A waiver of any particular provision will not be deemed a waiver of any other provision, nor will a waiver given on one occasion be deemed to apply to any other occasion.

22.     This Agreement shall inure to the benefit of and shall be binding upon OMNIA Partners, Public Sector, the Supplier and any respective successor and assign thereto; subject, however, to the limitations contained herein.

23.     This Agreement will be construed under and governed by the laws of the State of Delaware, excluding its conflicts of law provisions and any action arising out of or related to this Agreement shall be commenced solely and exclusively in the state or federal courts in Williamson County Tennessee.

24.     This Agreement may be executed in counterparts, each of which is an original but all of which, together, shall constitute but one and the same instrument. The exchange of copies of this Agreement and of signature pages by facsimile, or by .pdf or similar electronic transmission, will constitute effective execution and delivery of this Agreement as to the parties and may be used in lieu of the original Agreement for all purposes. Signatures of the parties transmitted by facsimile, or by .pdf or similar electronic transmission, will be deemed to be their original signatures for any purpose whatsoever.

| CANON SOLUTIONS AMERICA, INC. | OMNIA PARTNERS, PUBLIC SECTOR |
|---|---|
| *Peter Kowalczuk* | *Sarah Vavra* |
| —5AA3E9C5402DE4E5— | —1677443FA8C746A— |
| Signature | Signature |
| Peter Kowalczuk | Sarah E. Vavra |
| Name | Name |
| | Sr. Vice President, Public Sector |
| President | Contracting |
| Title | Title |
| 4/3/2019  |  6:05 AM CDT | 4/24/2019  |  10:17 AM CDT |
| Date | Date |



# NATIONAL INTERGOVERNMENTAL PURCHASING ALLIANCE COMPANY
## ADMINISTRATION AGREEMENT

### Exhibit A

### Master Agreement

The Master Agreement, by and between the Principal Procurement Agency and the Supplier, is incorporated herein by reference as though fully set forth herein.

DocuSign Envelope ID: 3334-3C78-0EA3-4D89-93C0-C22440F674BA

## Exhibit B
## MASTER INTERGOVERNMENTAL COOPERATIVE PURCHASING AGREEMENT

This Master Intergovernmental Cooperative Purchasing Agreement (this "**Agreement**") is entered into by and between those certain government agencies that execute a Principal Procurement Agency Certificate ("**Principal Procurement Agencies**") with National Intergovernmental Purchasing Alliance Company, a Delaware corporation d/b/a OMNIA Partners, Public Sector ("**OMNIA Partners, Public Sector**") to be appended and made a part hereof and such other public agencies ("**Participating Public Agencies**") who register to participate in the cooperative purchasing programs administered by OMNIA Partners, Public Sector and its affiliates and subsidiaries (collectively, the "**OMNIA Partners Parties**") by either registering on the OMNIA Partners, Public Sector website (www.omniapartners.com or any successor website), or by executing a copy of this Agreement.

### RECITALS

**WHEREAS**, after a competitive solicitation and selection process by Principal Procurement Agencies, in compliance with their own policies, procedures, rules and regulations, a number of suppliers have entered into "**Master Agreements**" (herein so called) to provide a variety of goods, products and services ("**Products**") to the applicable Principal Procurement Agency and the Participating Public Agencies;

**WHEREAS**, Master Agreements are made available by Principal Procurement Agencies through the OMNIA Partners Parties and provide that Participating Public Agencies may purchase Products on the same terms, conditions and pricing as the Principal Procurement Agency, subject to any applicable federal and/or local purchasing ordinances and the laws of the State of purchase; and

**WHEREAS**, in addition to Master Agreements, the OMNIA Partners Parties may from time to time offer Participating Public Agencies the opportunity to acquire Products through other group purchasing agreements.

**NOW, THEREFORE**, in consideration of the mutual promises contained in this Agreement, and of the mutual benefits to result, the parties hereby agree as follows:

1. Each party will facilitate the cooperative procurement of Products.

2. The Participating Public Agencies shall procure Products in accordance with and subject to the relevant federal, state and local statutes, ordinances, rules and regulations that govern Participating Public Agency's procurement practices. The Participating Public Agencies hereby acknowledge and agree that it is the intent of the parties that all provisions of this Agreement and that Principal Procurement Agencies' participation in the program described herein comply with all applicable laws, including but not limited to the requirements of 42 C.F.R. § 1001.952(h), as may be amended from time to time. The Participating Public Agencies further acknowledge and agree that they are solely responsible for their compliance with all applicable "safe harbor" regulations, including but not limited to any and all obligations to fully and accurately report discounts and incentives.

3. The Participating Public Agency represents and warrants that the Participating Public Agency is not a hospital or other healthcare provider and is not purchasing Products on behalf of a hospital or healthcare provider.

4. The cooperative use of Master Agreements shall be in accordance with the terms and conditions of the Master Agreements, except as modification of those terms and conditions is otherwise required by

DocuSign Envelope ID: 33343C78-0EA3-4D89-93C0-C22440F674BA

**Exhibit B, continued**

applicable federal, state or local law, policies or procedures.

5.      The Principal Procurement Agencies will make available, upon reasonable request, Master Agreement information which may assist in improving the procurement of Products by the Participating Public Agencies.

6.      The Participating Public Agency agrees the OMNIA Partners Parties may provide access to group purchasing organization ("**GPO**") agreements directly or indirectly by enrolling the Participating Public Agency in another GPO's purchasing program, including but not limited to Vizient Source, LLC, Provista, Inc. and other OMNIA Partners, Public Sector affiliates and subsidiaries; provided the purchase of Products through the OMNIA Partners Parties or any other GPO shall be at the Participating Public Agency's sole discretion.

7.      The Participating Public Agencies (each a "**Procuring Party**") that procure Products through any Master Agreement or GPO Product supply agreement (each a "**GPO Contract**") will make timely payments to the distributor, manufacturer or other vendor (collectively, "**Supplier**") for Products received in accordance with the terms and conditions of the Master Agreement or GPO Contract, as applicable. Payment for Products and inspections and acceptance of Products ordered by the Procuring Party shall be the exclusive obligation of such Procuring Party. Disputes between Procuring Party and any Supplier shall be resolved in accordance with the law and venue rules of the State of purchase unless otherwise agreed to by the Procuring Party and Supplier.

8.      The Procuring Party shall not use this Agreement as a method for obtaining additional concessions or reduced prices for purchase of similar products or services outside of the Master Agreement. Master Agreements may be structured with not-to-exceed pricing, in which cases the Supplier may offer the Procuring Party and the Procuring Party may accept lower pricing or additional concessions for purchase of Products through a Master Agreement.

9.      The Procuring Party shall be responsible for the ordering of Products under this Agreement. A non-procuring party shall not be liable in any fashion for any violation by a Procuring Party, and, to the extent permitted by applicable law, the Procuring Party shall hold non-procuring party harmless from any liability that may arise from the acts or omissions of the Procuring Party.

10.      WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, THE OMNIA PARTNERS PARTIES EXPRESSLY DISCLAIM ALL EXPRESS OR IMPLIED REPRESENTATIONS AND WARRANTIES REGARDING ANY PRODUCT, MASTER AGREEMENT AND GPO CONTRACT. THE OMNIA PARTNERS PARTIES SHALL NOT BE LIABLE IN ANY WAY FOR ANY SPECIAL, INCIDENTAL, INDIRECT, CONSEQUENTIAL, EXEMPLARY, PUNITIVE, OR RELIANCE DAMAGES, EVEN IF THE OMNIA PARTNERS PARTIES ARE ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. FURTHER, THE PROCURING PARTY ACKNOWLEDGES AND AGREES THAT THE OMNIA PARTNERS PARTIES SHALL HAVE NO LIABILITY FOR ANY ACT OR OMISSION BY A SUPPLIER OR OTHER PARTY UNDER A MASTER AGREEMENT OR GPO CONTRACT.

11.      This Agreement shall remain in effect until termination by either party giving thirty (30) days' written notice to the other party. The provisions of Paragraphs 6 - 10 hereof shall survive any such termination.

12.      This Agreement shall take effect upon (i) execution of the Principal Procurement Agency Certificate, or (ii) registration on the OMNIA Partners, Public Sector website or the execution of this Agreement by a Participating Public Agency, as applicable.
2019 Template/CD

# NATIONAL INTERGOVERNMENTAL PURCHASING ALLIANCE COMPANY Confidential
## ADMINISTRATION AGREEMENT

### Exhibit C

Contract Sales Report

The following Contract Sales Report is to be submitted in Microsoft Excel:

NATIONAL INTERGOVERNMENTAL PURCHASING ALLIANCE COMPANY EXHIBITS
EXHIBIT C - NATIONAL IPA CONTRACT SALES REPORTING TEMPLATE
(to be submitted electronically in Microsoft Excel format)
**National IPA Contract Sales Monthly Report**

| | |
|---|---|
| **Supplier Name:** | |
| **Contract Sales Report Month:** | |
| **Contract ID:** | |
| **Supplier Reporting Contact:** | |
| **Title:** | |
| **Phone:** | |
| **Email:** | |

| Participating Agency Name | Address | City | State | Zip Code | Participating Agency # (Assigned by National IPA and provided to Supplier) | Transaction Date (Date of Sale) | Contract Sales for Month ($) | Admin Fee % | Admin Fee $ |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Report Totals _____   _____

Cumulative Contract Sales _____

**NATIONAL INTERGOVERNMENTAL PURCHASING ALLIANCE COMPANY** Confidential
**ADMINISTRATION AGREEMENT**

### Exhibit D

### ACH Payment Information

**Payee Information:**

OMNIA Partners, Public Sector
840 Crescent Centre Drive
Suite 600
Franklin, TN 37067

(866) 408-3077

**Financial Institution Information:**

**ACH Information For:** OMNIA Partners, Public Sector
**Bank Name:** █████████
**ACH Routing Transit Number:** █████████
**Account Number:** ████████

# EXHIBIT C



## ADMINISTRATION AGREEMENT

THIS ADMINISTRATION AGREEMENT (this "**Agreement**") is made this 16th day of December 2020, between National Intergovernmental Purchasing Alliance Company, a Delaware corporation d/b/a OMNIA Partners, Public Sector ("**OMNIA Partners**"), and Canon Solutions America, Inc.("**Supplier**").

## RECITALS

**WHEREAS**, the Regents of the University of California, on behalf of the University of California (the "**Principal Procurement Agency**") has entered into a Master Agreement effective December 16, 2020, Proposal No. 001811-FEB2020; Agreement No. 2020002755 , by and between the Principal Procurement Agency and Supplier, (as may be amended from time to time in accordance with the terms thereof, the "**Master Agreement**"), as attached hereto as Exhibit A and incorporated herein by reference as though fully set forth herein, for the purchase of Print Goods and Services – UC Systemwide (the "**Product**");

**WHEREAS**, said Master Agreement provides that any or all public agencies, including state and local governmental entities, public and private primary, secondary and higher education entities, non-profit entities, and agencies for the public benefit (collectively, "**Public Agencies**"), that register (either via registration on the OMNIA Partners website or execution of a Master Intergovernmental Cooperative Purchasing Agreement, attached hereto as Exhibit B) (each, hereinafter referred to as a "**Participating Public Agency**") may purchase Product at prices stated in the Master Agreement;

**WHEREAS**, Participating Public Agencies may access the Master Agreement which is offered through OMNIA Partners to Public Agencies;

**WHEREAS**, OMNIA Partners serves as the contract administrator of the Master Agreement on behalf of Principal Procurement Agency;

**WHEREAS**, Principal Procurement Agency desires OMNIA Partners to proceed with administration of the Master Agreement; and

**WHEREAS**, OMNIA Partners and Supplier desire to enter into this Agreement to make available the Master Agreement to Participating Public Agencies and to set forth certain terms and conditions governing the relationship between OMNIA Partners and Supplier.

**NOW, THEREFORE**, in consideration of the payments to be made hereunder and the mutual covenants contained in this Agreement, OMNIA Partners and Supplier hereby agree as follows:

Version May 28, 2020

DocuSign Envelope ID: B53D42B9-B39E-462E-B455-11A774D1DCD4

## DEFINITIONS

1.     Capitalized terms used in this Agreement and not otherwise defined herein shall have the meanings given to them in the Master Agreement.

## TERMS AND CONDITIONS

2.     The Master Agreement and the terms and conditions contained therein shall apply to this Agreement except as expressly changed or modified by this Agreement. Supplier acknowledges and agrees that the covenants and agreements of Supplier set forth in the solicitation and Supplier's response thereto resulting in the Master Agreement are incorporated herein and are an integral part hereof.

3.     OMNIA Partners shall be afforded all of the rights, privileges and indemnifications afforded to Principal Procurement Agency by or from Supplier under the Master Agreement, and such rights, privileges and indemnifications shall accrue and apply with equal effect to OMNIA Partners, its agents, employees, directors, and representatives under this Agreement including, but not limited to, Supplier's obligation to obtain appropriate insurance.

4.     OMNIA Partners shall perform all of its duties, responsibilities and obligations as contract administrator of the Master Agreement on behalf of Principal Procurement Agency as set forth herein, and Supplier hereby acknowledges and agrees that all duties, responsibilities and obligations will be undertaken by OMNIA Partners solely in its capacity as the contract administrator under the Master Agreement.

5.     With respect to any purchases by Principal Procurement Agency or any Participating Public Agency pursuant to the Master Agreement, OMNIA Partners shall not be: (i) construed as a dealer, re-marketer, representative, partner or agent of any type of the Supplier, Principal Procurement Agency or any Participating Public Agency; (ii) obligated, liable or responsible for any order for Product made by Principal Procurement Agency or any Participating Public Agency or any employee thereof under the Master Agreement or for any payment required to be made with respect to such order for Product; and (iii) obligated, liable or responsible for any failure by Principal Procurement Agency or any Participating Public Agency to comply with procedures or requirements of applicable law or the Master Agreement or to obtain the due authorization and approval necessary to purchase under the Master Agreement. OMNIA Partners makes no representation or guaranty with respect to any minimum purchases by Principal Procurement Agency or any Participating Public Agency or any employee thereof under this Agreement or the Master Agreement.

6.     OMNIA Partners shall not be responsible for Supplier's performance under the Master Agreement, and Supplier shall hold OMNIA Partners harmless from any liability that may arise from the acts or omissions of Supplier in connection with the Master Agreement.

7.     WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, OMNIA PARTNERS EXPRESSLY DISCLAIMS ALL EXPRESS OR IMPLIED REPRESENTATIONS AND WARRANTIES REGARDING OMNIA PARTNERS' PERFORMANCE AS A CONTRACT ADMINISTRATOR OF THE MASTER AGREEMENT. NEITHER PARTY SHALL BE LIABLE IN ANY WAY FOR ANY SPECIAL, INCIDENTAL, INDIRECT, CONSEQUENTIAL, EXEMPLARY, PUNITIVE, OR RELIANCE DAMAGES, EVEN IF SUCH PARTY IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

Version May 28, 2020

DocuSign Envelope ID: B50D42B9-B89E-462E-B455-11A774D7DCD4

## TERM OF AGREEMENT; TERMINATION

8.     This Agreement shall be in effect so long as the Master Agreement remains in effect, provided, however, that the provisions of Sections 3 – 8 and 11 – 22, hereof and the indemnifications afforded by the Supplier to OMNIA Partners in the Master Agreement, to the extent such provisions survive any expiration or termination of the Master Agreement, shall survive the expiration or termination of this Agreement.

## NATIONAL PROMOTION

9.     OMNIA Partners and Supplier shall publicize and promote the availability of the Master Agreement's products and services to Public Agencies and such agencies' employees. Supplier shall require each Public Agency to register its participation in the OMNIA Partners program by either registering on the OMNIA Partners website (www.omniapartners.com/publicsector), or executing a Master Intergovernmental Cooperative Purchasing Agreement prior to processing the Participating Public Agency's first sales order. Upon request, Supplier shall make available to interested Public Agencies a copy of the Master Agreement and such price lists or quotes as may be necessary for such Public Agencies to evaluate potential purchases.

10.     Supplier shall provide such marketing and administrative support as set forth in the solicitation resulting in the Master Agreement, including assisting in development of marketing materials as reasonably requested by Principal Procurement Agency and OMNIA Partners. Supplier shall be responsible for obtaining permission or license of use and payment of any license fees for all content and images Supplier provides to OMNIA Partners or posts on the OMNIA Partners website. Supplier shall indemnify, defend and hold harmless OMNIA Partners for use of all such content and images including copyright infringement claims. Supplier and OMNIA Partners each hereby grant to the other party a limited, revocable, non-transferable, non-sublicensable right to use such party's logo (each, the "**Logo**") solely for use in marketing the Master Agreement. Each party shall provide the other party with the standard terms of use of such party's Logo, and such party shall comply with such terms in all material respects. Both parties shall obtain approval from the other party prior to use of such party's Logo. Notwithstanding the foregoing, the parties understand and agree that except as provided herein neither party shall have any right, title or interest in the other party's Logo. Upon termination of this Agreement, each party shall immediately cease use of the other party's Logo.

## ADMINISTRATIVE FEE, REPORTING & PAYMENT

11.     An "Administrative Fee" shall be defined and due to OMNIA Partners from Supplier in the amount of two percent (2%) ("**Administrative Fee Percentage**") multiplied by the total purchase for products and services by Principal Procurement Agency and Participating Public Agencies pursuant to the Master Agreement (as amended from time to time and including any renewal thereof) ("**Contract Sales**") and subject to the following:

a. Contract sales amounts shall exclude refunds, credits on returns, rebates, and discounts.

b. To the extent the Supplier offers trade-in allowance programs, Contract Sales shall be calculated using the net purchase price after the trade-in allowance.

c. To the extent the Supplier offers leasing or financing programs itself or through a financing entity, Contract Sales shall be calculated using the sales amount (the purchase equivalent) billed to a financing entity.

DocuSign Envelope ID: 650D42B9-B89E-462E-B455-11A774D1DCD4

d. To the extent the Supplier offers services (being Managed Print Services and professional services only). Contract Sales shall be calculated using the monthly billed amount and shall be paid in arrears.

e. The Administrative Fee will be paid quarterly in arrears.

f. From time to time the parties may mutually agree in writing to a lower Administrative Fee Percentage for a specifically identified Participating Public Agency's Contract Sales.

12.     Supplier shall provide OMNIA Partners with an electronic accounting report monthly, in the format prescribed by OMNIA Partners, summarizing all Contract Sales for each calendar month. The Contract Sales reporting format is provided as Exhibit C ("**Contract Sales Report**"), attached hereto and incorporated herein by reference. Contract Sales Reports for each calendar month shall be provided by Supplier to OMNIA Partners by the 10th day of the following month. Failure to provide a Contract Sales Report within the time and manner specified herein shall constitute a material breach of this Agreement and if not cured within thirty (30) days of written notice to Supplier shall be deemed a cause for termination of the Master Agreement, at Principal Procurement Agency's sole discretion, and/or this Agreement, at OMNIA Partners' sole discretion.

13.     Administrative Fee payments are to be paid by Supplier to OMNIA Partners quarterly on the 10th day of the month following the applicable quarter for Supplier's submission of corresponding Contract Sales Reports. Administrative Fee payments are to be made via Automated Clearing House (ACH) to the OMNIA Partners designated financial institution identified in Exhibit D. Failure to provide a payment of the Administrative Fee within the time and manner specified herein shall constitute a material breach of this Agreement and if not cured within thirty (30) days of written notice to Supplier shall be deemed a cause for termination of the Master Agreement, at Principal Procurement Agency's sole discretion. and/or this Agreement, at OMNIA Partners' sole discretion. All Administrative Fees not paid when due shall bear interest at a rate equal to the lesser of one and one-half percent (1 1/2%) per month or the maximum rate permitted by law until paid in full.

14.     Supplier shall maintain an accounting of all purchases made by Participating Public Agencies under the Master Agreement. OMNIA Partners, or its designee, in OMNIA Partners' sole discretion, reserves the right to compare Participating Public Agency records with Contract Sales Reports submitted by Supplier for a period of four (4) years from the date OMNIA Partners receives such report. In addition, OMNIA Partners may engage a third party to conduct an independent audit of Supplier's monthly reports. In the event of such an audit, Supplier shall provide all materials reasonably requested relating to such audit by OMNIA Partners at the location designated by OMNIA Partners. In the event an underreporting of Contract Sales and a resulting underpayment of Administrative Fees is revealed, OMNIA Partners will notify the Supplier in writing. Supplier will have thirty (30) days from the date of such notice to resolve the discrepancy to OMNIA Partners' reasonable satisfaction, including payment of any Administrative Fees due and owing, together with interest thereon in accordance with Section 13. and reimbursement of OMNIA Partners' costs and expenses related to such audit to the extent that the audit reveals an underpayment by 5% in the period audited.

Version May 28, 2025

## GENERAL PROVISIONS

15.     This Agreement, the Master Agreement and the exhibits referenced herein supersede any and all other agreements, either oral or in writing, between the parties hereto with respect to the subject matter hereto and no other agreement, statement, or promise relating to the subject matter of this Agreement which is not contained or incorporated herein shall be valid or binding.  In the event of any conflict between the provisions of this Agreement and the Master Agreement, as between OMNIA Partners and Supplier, the provisions of this Agreement shall prevail.

16.     If any action at law or in equity is brought to enforce or interpret the provisions of this Agreement or to recover any Administrative Fee and accrued interest, the prevailing party shall be entitled to reasonable attorney's fees and costs in addition to any other relief to which it may be entitled.

17.     This Agreement and OMNIA Partners' rights and obligations hereunder may be assigned upon written notice to Supplier at OMNIA Partners' sole discretion to an affiliate of OMNIA Partners, any purchaser of any or all or substantially all of the assets of OMNIA Partners, or the successor entity as a result of a merger, reorganization, consolidation, conversion or change of control, whether by operation of law or otherwise, provided the assignee is not a competitor of Supplier, otherwise such assignment will be subject to prior written consent of Supplier.  Supplier may not assign its obligations hereunder without the prior written consent of OMNIA Partners. Consent required hereunder shall not be unreasonably withheld, conditioned, or delayed.

18.     All written communications given hereunder shall be delivered by first-class mail, postage prepaid, or overnight delivery on receipt to the addresses as set forth below.

A. OMNIA Partners:

> OMNIA Partners
> Attn: President
> 840 Crescent Centre Drive
> Suite 600
> Franklin, TN 37067

B. Supplier:
> Canon Solutions America, Inc.
> Attn: Peter Kowalczuk, President
> One Canon Park
> Melville, NY 11747

With a copy of any notice of default or request for indemnification to:
Canon Solutions America, Inc.
> One Canon Park
> Melville, NY 11747
> Attn: Legal Division

19.     If any provision of this Agreement shall be deemed to be, or shall in fact be, illegal, inoperative or unenforceable, the same shall not affect any other provision or provisions herein contained or render the same invalid, inoperative or unenforceable to any extent whatever, and this

Agreement will be construed by limiting or invalidating such provision to the minimum extent necessary to make such provision valid, legal and enforceable.

20. This Agreement may not be amended, changed, modified, or altered without the prior written consent of the parties hereto, and no provision of this Agreement may be discharged or waived, except by a writing signed by the parties. A waiver of any particular provision will not be deemed a waiver of any other provision, nor will a waiver given on one occasion be deemed to apply to any other occasion.

21. This Agreement shall inure to the benefit of and shall be binding upon OMNIA Partners, the Supplier and any respective successor and assign thereto; subject, however, to the limitations contained herein.

22. This Agreement will be construed under and governed by the laws of the State of Delaware, excluding its conflicts of law provisions and any action arising out of or related to this Agreement shall be commenced solely and exclusively in the state or federal courts in Williamson County Tennessee.

23. This Agreement may be executed in counterparts, each of which is an original but all of which, together, shall constitute but one and the same instrument. The exchange of copies of this Agreement and of signature pages by facsimile, or by .pdf or similar electronic transmission, will constitute effective execution and delivery of this Agreement as to the parties and may be used in lieu of the original Agreement for all purposes. Signatures of the parties transmitted by facsimile, or by .pdf or similar electronic transmission, will be deemed to be their original signatures for any purpose whatsoever.

| CANON SOLUTIONS AMERICA, INC. | NATIONAL INTERGOVERNMENTAL PURCHASING ALLIANCE COMPANY, A DELAWARE CORPORATION D/B/A OMNIA PARTNERS, PUBLIC SECTOR |
|---|---|
| DocuSigned by: *Peter Kowalczuk* | DocuSigned by: *Sarah Vavra* |
| Signature | Signature |
| Peter Kowalczuk | Sarah Vavra |
| Name | Name |
| President | Sr. Vice President, Public Sector Contracting |
| Title | Title |
| 12/15/2020 | 2:06 PM PST | 12/18/2020 | 8:05 AM CST |
| Date | Date |



Version May 28, 2020

# ADMINISTRATION AGREEMENT

## Exhibit A

## Master Agreement

The Master Agreement, by and between the Principal Procurement Agency and the Supplier, is incorporated herein by reference as though fully set forth herein.

# ADMINISTRATION AGREEMENT

## Exhibit B

## MASTER INTERGOVERNMENTAL COOPERATIVE PURCHASING AGREEMENT

This Master Intergovernmental Cooperative Purchasing Agreement (this "**Agreement**") is entered into by and between those certain government agencies that execute a Principal Procurement Agency Certificate ("**Principal Procurement Agencies**") with National Intergovernmental Purchasing Alliance Company, a Delaware corporation d/b/a OMNIA Partners, Public Sector and/or Communities Program Management, LLC, a California limited liability company d/b/a U.S. Communities (collectively. "**OMNIA Partners**") to be appended and made a part hereof and such other public agencies ("**Participating Public Agencies**") who register to participate in the cooperative purchasing programs administered by OMNIA Partners and its affiliates and subsidiaries (collectively. the "**OMNIA Partners Parties**") by either registering on the OMNIA Partners website (www.omniapartners.com/publicsector or any successor website). or by executing a copy of this Agreement.

## RECITALS

**WHEREAS**, after a competitive solicitation and selection process by Principal Procurement Agencies, in compliance with their own policies. procedures. rules and regulations. a number of suppliers have entered into "**Master Agreements**" (herein so called) to provide a variety of goods. products and services ("**Products**") to the applicable Principal Procurement Agency and the Participating Public Agencies;

**WHEREAS**. Master Agreements are made available by Principal Procurement Agencies through the OMNIA Partners Parties and provide that Participating Public Agencies may purchase Products on the same terms, conditions and pricing as the Principal Procurement Agency. subject to any applicable federal and/or local purchasing ordinances and the laws of the State of purchase; and

**WHEREAS**. in addition to Master Agreements. the OMNIA Partners Parties may from time to time offer Participating Public Agencies the opportunity to acquire Products through other group purchasing agreements.

**NOW, THEREFORE**, in consideration of the mutual promises contained in this Agreement, and of the mutual benefits to result. the parties hereby agree as follows:

    1.    Each party will facilitate the cooperative procurement of Products.

    2.    The Participating Public Agencies shall procure Products in accordance with and subject to the relevant federal. state and local statutes. ordinances. rules and regulations that govern Participating Public Agency's procurement practices. The Participating Public Agencies hereby acknowledge and agree that it is the intent of the parties that all provisions of this Agreement and that Principal Procurement Agencies' participation in the program described herein comply with all applicable laws, including but not limited to the requirements of 42 C.F.R. § 1001.952(j), as may be amended from time to time. The Participating Public Agencies further acknowledge and agree that they are solely responsible for their compliance with all applicable "safe harbor" regulations, including but not limited to any and all obligations to fully and accurately report discounts and incentives.

    3.    The Participating Public Agency represents and warrants that the Participating Public Agency is not a hospital or other healthcare provider and is not purchasing Products on behalf of a hospital or healthcare provider.

    4.    The cooperative use of Master Agreements shall be in accordance with the terms and conditions

DocuSign Envelope ID: B50D42B9-B89E-462E-B455-11A774D1DCD4

### Exhibit B, continued

of the Master Agreements. except as modification of those terms and conditions is otherwise required by applicable federal. state or local law. policies or procedures.

5. The Principal Procurement Agencies will make available. upon reasonable request, Master Agreement information which may assist in improving the procurement of Products by the Participating Public Agencies.

6. The Participating Public Agency agrees the OMNIA Partners Parties may provide access to group purchasing organization ("**GPO**") agreements directly or indirectly by enrolling the Participating Public Agency in another GPO's purchasing program provided the purchase of Products through the OMNIA Partners Parties or any other GPO shall be at the Participating Public Agency's sole discretion.

7. The Participating Public Agencies (each a "**Procuring Party**") that procure Products through any Master Agreement or GPO Product supply agreement (each a "**GPO Contract**") will make timely payments to the distributor. manufacturer or other vendor (collectively, "**Supplier**") for Products received in accordance with the terms and conditions of the Master Agreement or GPO Contract. as applicable. Payment for Products and inspections and acceptance of Products ordered by the Procuring Party shall be the exclusive obligation of such Procuring Party. Disputes between Procuring Party and any Supplier shall be resolved in accordance with the law and venue rules of the State of purchase unless otherwise agreed to by the Procuring Party and Supplier.

8. The Procuring Party shall not use this Agreement as a method for obtaining additional concessions or reduced prices for purchase of similar products or services outside of the Master Agreement. Master Agreements may be structured with not-to-exceed pricing. in which cases the Supplier may offer the Procuring Party and the Procuring Party may accept lower pricing or additional concessions for purchase of Products through a Master Agreement.

9. The Procuring Party shall be responsible for the ordering of Products under this Agreement. A non-procuring party shall not be liable in any fashion for any violation by a Procuring Party. and, to the extent permitted by applicable law. the Procuring Party shall hold non-procuring party harmless from any liability that may arise from the acts or omissions of the Procuring Party.

10. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING. THE OMNIA PARTNERS PARTIES EXPRESSLY DISCLAIM ALL EXPRESS OR IMPLIED REPRESENTATIONS AND WARRANTIES REGARDING ANY PRODUCT. MASTER AGREEMENT AND GPO CONTRACT. THE OMNIA PARTNERS PARTIES SHALL NOT BE LIABLE IN ANY WAY FOR ANY SPECIAL. INCIDENTAL. INDIRECT. CONSEQUENTIAL. EXEMPLARY. PUNITIVE. OR RELIANCE DAMAGES. EVEN IF THE OMNIA PARTNERS PARTIES ARE ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. FURTHER. THE PROCURING PARTY ACKNOWLEDGES AND AGREES THAT THE OMNIA PARTNERS PARTIES SHALL HAVE NO LIABILITY FOR ANY ACT OR OMISSION BY A SUPPLIER OR OTHER PARTY UNDER A MASTER AGREEMENT OR GPO CONTRACT.

11. This Agreement shall remain in effect until termination by either party giving thirty (30) days' written notice to the other party. The provisions of Paragraphs 6 - 10 hereof shall survive any such termination.

12. This Agreement shall take effect upon (i) execution of the Principal Procurement Agency Certificate. or (ii) registration on the OMNIA Partners website or the execution of this Agreement by a Participating Public Agency. as applicable.

Version May 28, 2020

DocuSign Envelope ID: B50D42B9-B89E-462E-B455-11A774D1DCD4

## ADMINISTRATION AGREEMENT

### Exhibit B, continued

NATIONAL INTERGOVERNMENTAL
PURCHASING ALLIANCE COMPANY, A
DELAWARE CORPORATION D/B/A OMNIA
PARTNERS, PUBLIC SECTOR AND/OR
COMMUNITIES PROGRAM MANAGEMENT,
LLC, A CALIFORNIA LIMITED LIABILITY
COMPANY D/B/A U.S. COMMUNITIES

| | |
|---|---|
| Authorized Signature | Signature |
| | Sarah E. Vavra |
| Name | Name |
| | Sr. Vice President, Public Sector Contracting |
| Title and Agency Name | Title |
| Date | Date |

Version May 28, 2020

DocuSign Envelope ID: B50D42B9-B89E-462E-B455-11A774D1DCD4

# ADMINISTRATION AGREEMENT

## Exhibit C

## CONTRACT SALES REPORTING TEMPLATE

Contract Sales Report submitted electronically in Microsoft Excel:

## ADMINISTRATION AGREEMENT

### Exhibit D

### Instructions for Providing Payments

- All payments are to be made as follows. ACH payments are preferred.

**ACH Instructions**

**ACH Information For:** OMNIA Partners, LLC
**Bank Name:** ▉▉▉▉▉▉▉
**ACH Routing Transit Number:** ▉▉▉▉▉▉
**Account Number:** ▉▉▉▉▉

**Regular, Courier or Delivered Mail for Checks**

OMNIA Partners
ATTN: Controller
840 Crescent Centre Drive
Suite 600
Franklin, TN 37067

- Please email any questions regarding payments to accounting@omniapartners.com.

# EXHIBIT D



June 12, 2025

Canon Solutions America, Inc.
Attn: Peter Kowalczuk, President
One Canon Park
Melville, NY 11747

with copy to:
Canon Solutions America, Inc.
Melville, NY 11747
Attn: Legal Division

**Re:** **NOTICE OF BREACH - Administration Agreements between OMNIA Partners, Public Sector, Inc. (successor by merger to National Intergovernmental Purchasing Alliance Company) ("OMNIA") and Canon Solutions America, Inc. ("Canon") dated September 27, 2018, April 3, 2019 and December 16, 2020 (collectively, the "Administration Agreements"), in connection with Master Agreements between Canon and respectively the County of DuPage, IL, dated October 1, 2018, the Region 4 Education Service Center, dated March 1, 2018, and the Regents of the University of California, dated December 16, 2020, respectively (collectively, the "Master Agreements").**

Ladies and Gentlemen:

As you are aware, Canon entered into the above referenced Master Agreements which provide that any or all public agencies, including state and local governmental entities, public and private primary, secondary and higher education entities, non-profit entities, and agencies for the public benefit (collectively, "Public Agencies"), that register with OMNIA (each a "Participating Public Agency") may purchase certain products and services at prices stated within the Master Agreement. In connection with Master Agreements, Canon entered into the Administration Agreements, whereby Canon agreed to pay OMNIA an administrative fee of two percent (2%) of the total purchases of "products **and services**" by any Participating Public Agencies pursuant to the Master Agreement (the "Contract Sales") under the Master Agreements (emphasis added). See Section 11 or 12 of each Administration Agreement, copies of which are attached hereto as **Exhibit A**. Furthermore, the Administration Agreements also requires Canon to report, monthly, all Contract Sales of Participating Public Agencies to OMNIA, requires Canon to maintain an accounting of all purchases made by Participating Public Agencies under the Master Agreement, gives OMNIA the right to compare Participating Public Agency records with Contract Sales Reports submitted by Supplier for a period of four (4) years from the date OMNIA receives such reports from Supplier, and ultimately give OMNIA the right to request an independent third party audit of Supplier's monthly reports.

It recently came to the attention of OMNIA that Canon may have failed to report all Contract Sales under the Master Agreement for some or the entire duration of the Master Agreements and Administration Agreements. Specifically, we were made aware that Canon may not be paying administrative fees on certain or all "services". There is no provision in any of the Administration Agreements that allows Canon to exclude services from the calculation and payment of administrative fees. We do note that each Administration Agreement states "to the extent the Supplier offers services (being Managed Print Services and professional services only), Contract Sales shall be calculated using the monthly billed amount and shall be paid in arrears." This provision provides how Managed Print Services and professional services are paid but does not exclude any other services from payment of administrative fees. Our examination of Canon's submitted Contract Sales Reports and publicly available information, and by admission of certain Canon personnel, it has become clear that Canon has not paid OMNIA administrative fees tied to all services purchased and provided to Participating Public Agencies under the Master Agreements. In fact, it is not clear whether Canon has paid administrative fees on any services provided under the Administration Agreements. In accordance with the Administration Agreements, we requested additional records from Canon personnel related to services provided to Participating Public Agencies under the Master Agreements, but our request was denied. Accordingly, pursuant to a letter from Alan Johnson of OMNIA Partners dated April 14, 2025, we engaged LBMC, PC and exercised our audit rights under each Administration Agreement. A copy of that letter is attached hereto as **Exhibit B**. LBMC has requested records of all sales under the Master Agreements and requested records related to services provided by Canon under the Master Agreements that may not have been reported by Canon. The Administration Agreements require Canon to maintain these records and provide these materials to the third party auditor. To date, Canon has refused to provide such records and rather has requested that OMNIA Partners randomly select three agencies participating under the Master Agreements. This refusal is a breach of the audit rights contained in the Administration Agreements.

This letter is to notify Canon of a default of the Administration Agreements for failure to pay OMNIA administration fees in accordance the Administration Agreements and failure to comply with the reporting and accounting provisions, and audit rights related thereto, in accordance with the Administration Agreements. OMNIA Partners hereby demands that Canon promptly report and pay administrative fees owed on Contract Sales, including on sales for services, and comply with OMNIA's and LBMC's reasonable request for additional records related to all products and services purchased and provided to Participating Public Agencies under the Master Agreements.

**If the requested records are not received by LBMC or OMNIA on or before <u>July 15, 2025</u>, OMNIA will have no choice but to take any legal actions we deem necessary to enforce the Administration Agreements and collect the outstanding administrative fees, interest, penalties, and costs, including but not limited to, filing suit against Canon in the appropriate jurisdiction.**

By executing this letter, OMNIA does not intend to waive, and nothing contained herein shall be construed as a waiver of, any rights or remedies of OMNIA under the Agreement or applicable law, including without limitation the right to seek interest on the past due amounts. The description herein of the default under the Agreement will not be deemed to exclude the existence

of other defaults under the Agreement. Nothing herein will be deemed to limit or exclude any rights and remedies to which OMNIA may be or become entitled under the Agreement, at law, or in equity. This letter will not be deemed to obligate OMNIA to give you or anyone else any further notices.

Thank you for your prompt attention to this matter. OMNIA looks forward to resolving the matters described above. If you have any questions or need any additional information or think that this letter has been sent in error, please do not hesitate to contact me at kevin.howard@omniapartners.com or Alan Johnson at alan.johnson@omniapartners.com.

Sincerely,

Kevin M. Howard, Esq.
General Counsel
OMNIA Partners, Public Sector, Inc.

cc:    Paul T. Murphy, Canon, VP, Major Accounts & Vertical Markets (via email)
Christopher M Lovin, LBMC (via email)
Allan McCombs, OMNIA Partners, EVP Partner Development (via email)
Sarah Vavra, SVP, Public Sector Contracting (via email)
Alan Johnson, GVP, Accounting & Finance (via email)

**Exhibit A**
Administration Agreements

**Exhibit B**
April 14, 2025 Letter



April 14, 2025

**Via Overnight Delivery and Email**

Canon Solutions America, Inc.          Canon Solutions America, Inc.
Attn: Peter Kowalczuk                  Attn: Legal Division
One Canon Park                         One Canon Park
Melville, NY 11747                     Melville, NY 11747

Re:    **Audit Request under the Administration Agreements by and between OMNIA Partners, Public Sector, Inc., a Delaware corporation f/k/a National Intergovernmental Purchasing Alliance Company ("OMNIA Partners, Public Sector") and Canon Solutions America, Inc. ("Canon") and the applicable Master Agreements, all as set forth on <u>Exhibit A</u> attached hereto and incorporated herein by reference. Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Administration Agreements or Master Agreements, as applicable.**

Ladies and Gentlemen:

On behalf of OMNIA Partners, Public Sector, Inc., f/k/a National Intergovernmental Purchasing Alliance Company, please accept this letter as formal notice that OMNIA Partners, Public Sector is exercising its rights under the applicable section of each Administration Agreement, as noted on <u>Exhibit A</u>, to inspect and audit the books, records and accounts and monthly reports of Canon to establish their compliance with the payment and reporting obligations of each such Administration Agreement.

OMNIA Partners, Public Sector has engaged LBMC, PC to conduct the foregoing audits. Christopher M. Lovin will be leading the audit on behalf of OMNIA Partners, Public Sector and will be reaching out to you to coordinate their efforts. I will be coordinating the audit closely with Mr. Lovin. Please provide a contact person at Canon for us to coordinate the audits.

Please also note that the notice address under Section 18 and 19, as applicable, of the Administration Agreements for OMNIA Partners, Public Sector should be modified as follows:

**5001 Aspen Grove Drive**
**Franklin, TN 37067**
**(866) 875-3299 | www.omniapartners.com**

April 14, 2025
2

OMNIA Partners, Public Sector
5001 Aspen Grove Drive, Suite 600
Franklin, TN 37067
Attn: Public Sector Contracting Department

Thank you for your prompt attention to this matter. We believe that this audit will serve all parties well as we work together to confirm proper accounting and payment under the Administration Agreements. We value our relationship with Canon and look forward to continuing to grow the relationship. If you have any questions or need any additional information, please do not hesitate to contact me via telephone at 615-786-1139 or email at alan.johnson@omniapartners.com.

Very truly yours,

Alan Johnson
Group Vice President, Accounting & Finance

cc:    Paul T. Murphy, Canon, VP, Major Accounts & Vertical Markets (via email)
Christopher M. Lovin, LBMC (via email)
Kevin M. Howard, Esq., OMNIA Partners, General Counsel (via email)
Allan McCombs, OMNIA Partners, EVP Partner Development (via email)
Sarah Vavra, OMNIA Partners, SVP, Public Sector Contracting (via email)

## Exhibit A
### Administration Agreements and Master Agreements

| No. | Administration Agreement | Audit Right Section | Master Agreement |
|-----|--------------------------|---------------------|------------------|
| 1. | Administration Agreement dated as of December 16. 2020 by and between OMNIA Partners, Public Sector, Inc. ("OMNIA Partners, Public Sector") and Canon Solutions America, Inc. ("Canon") | 14 | Purchasing Agreement #2020002755 for Print Goods and Services dated December 16, 2020 by and between The Regents of the University of California and Canon |
| 2. | Administration Agreement dated as of April 3, 2019 by and between OMNIA Partners, Public Sector and Canon | 15 | Master Agreement No. R171401 for Managed Print Solutions dated March 1, 2018 by and between Region 4 Education Service Center and Canon |
| 3. | Administration Agreement dated as of September 27, 2018 by and between OMNIA Partners, Public Sector and Canon | 15 | Master Agreement No. FI-R- 0251-18 for Multi-Function Copier Devices and Service Solutions by and between the County of DuPage, IL and Canon |