**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| OMNIA PARTNERS, PUBLIC SECTOR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:25-cv-00947 |
| | ) | |
| v. | ) | Judge Trauger |
| | ) | |
| CANON SOLUTIONS AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND MEMORANDUM IN SUPPORT OF**
**DEFENDANT CANON U.S.A., INC. FOR A TWO-DAY**
**EXTENSION OF THE DEADLINE TO FILE DISPOSITIVE MOTIONS**

Pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and 16(b)(4) and Local Rule 6.01(a), Defendant Canon Solutions America, Inc.—now known as Canon U.S.A., Inc. ("Canon USA"), its successor by merger—respectfully submits this Motion for a Two-Day Extension of the Deadline to File Dispositive Motions. Canon USA requests a two-day extension, up to and including October 1, 2026, to file its motion for summary judgment. This request is made before the current deadline of September 29, 2026. This extension complies with Local Rule 16.01(h)(1).

Rule 16(b)(4) of the Federal Rules of Civil Procedure permits modification of scheduling order deadlines "for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "'The primary measure of Rule 16's good cause standard is the moving party's diligence in attempting to meet the case management order's requirements.'" *Inge v. Rock Fin. Corp.*, 281 F.3d 613, 625 (6th Cir. 2002) (quoting *Bradford v. DANA Corp.*, 249 F.3d 807, 809 (8th Cir. 2001)).

In support for its request, Canon USA states that under the Court's Amended Case Management Order (ECF No. 35), dispositive motions are due on September 29, 2026. Canon USA has been diligently preparing its motion for summary judgment, supporting memorandum of

law, statement of undisputed material facts, and supporting declaration. Canon USA requires an additional two-day period to finalize its motion and supporting declarations because holiday observances—including Rosh Hashanah, Yom Kippur, and Sukkot (which includes today)—that fell during the final weeks of the briefing period have limited the availability of key client personnel to review and approve the filing. The requested extension is brief and is not sought for purposes of delay. Canon USA's motion is supported by a statement of undisputed material facts of more than eighty paragraphs. It draws on the testimony of multiple fact witnesses, the parties' written discovery, and multiple supporting declarations and exhibits. The requested extension will allow Canon USA to present that record to the Court in a complete and accurate form. The requested extension will not prejudice Omnia. It will not affect the trial date or any other deadline set by the Court. Further, the parties' motions are independent, affirmative motions for summary judgment. Canon USA's motion rests on its own statement of undisputed material facts and its own arguments. Canon USA will respond to Omnia's motion on the schedule set by the Initial Case Management Order, and the requested extension changes nothing about that schedule. This is Canon USA's first request for an extension of this deadline.

Pursuant to Local Rule 7.01(a)(1), undersigned counsel conferred with counsel for Plaintiff Omnia Partners, Public Sector, Inc. ("Omnia") regarding the requested extension by telephone on September 29, 2026, and Omnia does not consent to this request.

**WHEREFORE**, Canon USA respectfully requests that this Motion be **GRANTED** and that the deadline for Canon USA to file its motion for summary judgment be extended to October 1, 2026.

Dated the 29th day of September, 2026.

Respectfully submitted,

LEWIS THOMASON, P.C.

By:/s/ Ryan N. Clark
Ryan N. Clark, B.P.R. No. 29105
Henry O. Cashen, B.P.R. No. 41227
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
(615) 259-1366 (telephone)
(615) 259-1389 (facsimile)
rclark@lewisthomason.com
hcashen@lewisthomason.com

- *and* -

DORSEY & WHITNEY LLP

By:/s/ Anthony P. Badaracco
Anthony P. Badaracco (*pro hac vice*)
Julia More (*pro hac vice*)
1301 Avenue of the Americas
New York, New York 10019
(212) 415-9354 (telephone)
badaracco.anthony@dorsey.com
more.julia@dorsey.com

*Attorneys for Defendant*
*Canon Solutions America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been served upon the parties in interest herein by ECF notification:

Thompson Burton PLLC
Phillip G. Young, Jr.
John Nefflen
Trent Meriwether
6100 Tower Circle, Suite 200
Franklin, TN 37067
Telephone: (615) 465-6000
Email: phillip@thompsonburton.com
john.nefflen@thompsonburton.com
tmeriwether@thompsonburton.com

*Attorneys for Plaintiff Omnia Partners, Public Sector, Inc.*

Dated the 29th day of September, 2026.

*/s/ Ryan N. Clark*
Ryan N. Clark