Motion GRANTED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| OMNIA PARTNERS, PUBLIC SECTOR, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CANON SOLUTIONS AMERICA, INC.,<br><br>Defendant. | ) | Civil Action No. 3:25-cv-00947<br><br>Judge Trauger |

**MOTION AND MEMORANDUM OF LAW FOR LEAVE TO FILE DOCUMENT UNDER SEAL VIA CM/ECF**

Pursuant to this Court's Agreed Protective Order entered in this case (D.E. 29), Plaintiff Omnia Partners, Public Sector, Inc. moves this Court for leave to file Omnia's Motion for Summary Judgment and accompanying papers with the limited redactions applied to the papers and exhibits (the "Motion"). The parties have conferred before this filing to minimize the redactions necessary and have settled on the redactions in the summary-judgment filings.

**BACKGROUND**

On March 23, 2026, this Court entered its Agreed Protective Order in this case to govern how the parties in this case should treat discovery material that either side considers confidential. D.E. 29, Protective Order. The parties could designate materials with one of two levels of protection: (1) "Confidential" or (2) "Highly Confidential – Attorneys' Eyes Only." *Id.* at ¶2. "Confidential" means material that the designating party "deems in good faith to be confidential because it contains a party or non-party's claimed intellectual property, trade secrets, non-public business or marketing strategy, or sensitive commercial or financial information, and designates as such in the manner specified below, including all copies and reproductions made of such information in whole or in part." *Id.* at ¶¶2, 6. And